# United States District Court
## Southern District of Georgia

Alicia C. Fox
_____
Plaintiff

v.

Cummins Inc. and Kelly Services, Inc.
_____
Defendant

Case No. _____CV419-192_____

Appearing on behalf of
Cummins Inc.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __9th__ day of __December__, __2019__.

*[signature: Christopher L. Ray]*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\* \* \* \* \*

| | |
|---|---|
| NAME OF PETITIONER: | Sarah R. Doty |
| Business Address: | Faegre Baker Daniels LLP |
| | Firm/Business Name |
| | 300 North Meridian Street |
| | Street Address |

| Suite 2500 | Indianapolis | IN | 46204 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 317-237-1233 | |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: sarah.doty@faegrebd.com