# United States District Court
## Southern District of Georgia

Alicia C. Fox
_____
Plaintiff

Case No. ___CV419-192___

v.

Cummins Inc. and Kelly Services, Inc.
_____
Defendant

Appearing on behalf of
___Cummins Inc.___
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __9th__ day of __December__, __2019__.

*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

**NAME OF PETITIONER:** Jeffrey S. Beck

**Business Address:**
Faegre Baker Daniels LLP
Firm/Business Name

300 North Meridian Street
Street Address

| Suite 2500 | Indianapolis | IN | 46204 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

317-237-1233
Telephone Number (w/ area code)     Georgia Bar Number

**Email Address:** jeffrey.beck@faegrebd.com