# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ALICIA C. FOX, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-192 |
| v. | |
| CUMMINS, INC.; and KELLY SERVICES, INC., | |
| Defendants. | |

## **O R D E R**

Pursuant to the Plaintiff Alicia Fox ("Plaintiff") and Defendant Kelly Services Inc.'s ("Defendant" or "KSI") Joint Stipulation To Submit Claims Against KSI To Binding Arbitration And To Stay the Action filed on January 8, 2020, and for good cause shown, the Court **ORDERS**:

1. Plaintiff Alicia Fox to submit to final and binding arbitration the claims against Defendant Kelly Services, Inc., which are set forth, or that could have been asserted, in Plaintiff's Complaint in this Action, pursuant to the terms of the parties' agreement to arbitrate;

2. This action as to Kelly Services will be **STAYED** until the final determination of the arbitration proceedings; and

3. The Court shall retain jurisdiction over this action as to KSI to (a) enforce the terms of

this stipulation; and (b) entertain any statutory proceedings to confirm, correct, or vacate any arbitration award.

**SO ORDERED**, this 21st day of February, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA