IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALICIA C. FOX, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-192 |
| v. | |
| CUMMINS, INC., and KELLY SERVICES, INC., | |
| Defendants | |

**O R D E R**

Presently before the Court is Defendant Kelly Services, Inc.'s ("KSI") Motion to Compel Arbitration and Dismiss or, in the Alternative, Stay All Proceedings Pending Arbitration. (Doc. 25.) After KSI filed the at-issue Motion, Plaintiff Alicia Fox and KSI agreed to arbitrate Plaintiff's claims against KSI and filed a Joint Stipulation to that effect. (Doc. 32.) Accordingly, in an Order entered on February 21, 2020, the Court ordered Plaintiff to submit to binding arbitration and stayed this action as to KSI "until the final determination of the arbitration proceedings." (Doc. 38, p. 1.) As such, the Court **DISMISSES as moot** KSI's Motion to Compel, (doc. 25). The Court's February 21, 2020 Order remains the Order of the Court, and this case remains **STAYED** as to Defendant KSI.

**SO ORDERED**, this 17th day of July, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA