IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALICIA C. FOX,

    Plaintiff,

    v.

CUMMINS, INC.; and KELLY SERVICES, INC.,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-192

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for each Defendant on November 30, 2020, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees and costs associated with the action and with all rights of appeal waived.  (Doc. 51.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

    **SO ORDERED**, this 22nd day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA